**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-04044 JAK (JCGx) | Date | February 22, 2013 |
|---|---|---|---|
| Title | TMRC Co., Ltd. v. Cytrx Corporation | | |

Present: The Honorable JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On February 21, 2013, Plaintiff filed "Notice of Possible Settlement" (Dkt. 18). The Court sets an Order to Show Cause re Dismissal for April 1, 2013 at 1:30 p.m. If the parties file a dismissal by March 18, 2013, the matter will be taken off calendar and no appearance by counsel will be required. If a dismissal is not filed, counsel shall file a joint report by March 18, 2013 regarding the status of settlement, which shall not disclose the substantive contents of any settlement communications between the parties.

The March 4, 2023 Scheduling Conference and Defendant's Motion to Dismiss Second, Third, Fourth and Fifth Causes of Action (Dkt. 10) are taken off calendar. All other deadlines are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer ak